

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 12, 2022**

United States Bankruptcy Judge

---

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:  
TIFFANY JUSTICE MOORE  
    Debtor

Case No. 22-30397-MVL-13

---

### Order Dismissing Chapter 13 Case Without Prejudice Pursuant to TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO OBTAIN CONFIRMATION AND/OR REDUCE ATTORNEY FEES

---

On July 07, 2022, came to be heard Trustee's Motion to Dismiss Case for Failure to Obtain Confirmation and/or Reduce Attorney Fees. It appears to the Court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS THEREFORE, ORDERED** that the above case be, and hereby is **DISMISSED, WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. Section 1326 (a) (2) or applicable Standing Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to Standing Order 2021-05，Page 2
22-30397-MVL-13
TIFFANY JUSTICE MOORE

**IT IS FURTHER ORDERED**, that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

### End of Order ###

Approved:   /s/ Thomas D. Powers
                Thomas D. Powers, Trustee
                State Bar # 16218700
                Office of the Standing Chapter 13 Trustee
                105 Decker Ct
                Suite 1150 11th Floor
                Irving, TX  75062
                (214) 855-9200 / (214) 965-0756  (Fax)

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                                  Case No. 22-30397-mvl
Tiffany Justice Moore                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Jul 13, 2022      Form ID: pdf022      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Justice Moore, 2227 Millermore St., Dallas, TX 75216-3322 |
| 19605498 | + | 19 Twenty Apartments, 1920 N Ruddell St, Front office, Denton, TX 76209-3387 |
| 19665441 | + | City of Denton, Denton Municipal Utilities, Taylor Smith, 215 E. McKinney Street, Denton, TX 76201-4229 |
| 19667548 | + | Nueces County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19657519 | + | Email/PDF: pa_dc_ed@navient.com | Jul 13 2022 21:48:51 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 19605499 | + | Email/Text: bnc-capio@quantum3group.com | Jul 13 2022 21:43:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 19605500 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 21:48:50 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19651436 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 21:48:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19605501 | + | Email/PDF: pa_dc_claims@navient.com | Jul 13 2022 21:48:04 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 19605502 | + | Email/Text: bankruptcy@ntta.org | Jul 13 2022 21:44:00 | North Texas Tollway Authority - NTTA, Attn: Bankruptcy - Terri Brown, 5900 W. Plano Parkway, Plano, TX 75093-4693 |
| 19635625 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2022 21:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 19605503 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 13 2022 21:48:50 | Sprint, PO Box 660092, Dallas, TX 75266 |
| 19667445 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2022 21:44:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 19605504 | + | Email/Text: ridpacer@twc.state.tx.us | Jul 13 2022 21:44:00 | Texas Workforce Commission, 101 E 15th St, Austin, TX, Austin, TX 78778-0001 |
| 19605505 | ^ | MEBN | Jul 13 2022 21:38:57 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf022 | Total Noticed: 15 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| April Marie Maxwell | on behalf of Debtor Tiffany Justice Moore april@maxwelllawgroup.law 7862@notices.nextchapterbk.com;maxwell.aprilr63812@notify.bestcase.com |
| Diane W. Sanders | on behalf of Creditor Nueces County austin.bankruptcy@publicans.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4